UNITED STATES DISTRICT COURT
for the
Southern District of Georgia - Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUN -8 2015

CLERK W.S huy
~~SO. DIST. OF GA~~

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Joshua King | ) | Case No: 4:13-CR-00191-3 |
| | ) | USM No: 18702-021 |
| Date of Original Judgment: June 23, 2014 | ) | W. Thomas Hudson |
| Date of Previous Amended Judgment: N/A | ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment, if any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated ___June 23, 2014,___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 5, 2015

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Effective Date: November 1, 2015                    Southern District of Georgia
*(if different from order date)*                     *Printed name and title*