U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

JAN 29 2025

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

FILED

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| | ) | (For Revocation of Probation or Supervised Release) |
| v. | ) | |
| Joshua King | ) | Case Number: 4:13CR00191-3 |
| | ) | USM Number: 18702-021 |
| | ) | Skye Ellen Musson |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations of mandatory and standard conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 3, 2024 |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | March 18, 2024 |
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | June 9, 2024 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the _____ condition(s), _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 6048

January 28, 2025
Date of Imposition of Judgment

Defendant's Year of Birth: 1985

Signature of Judge

City and State of Defendant's Residence:

Patterson, Georgia

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

1/29/2025
Date

Judgment— Page 2 of 3

DEFENDANT:        Joshua King
CASE NUMBER:      4:13CR00191-3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | The defendant committed another federal, state, or local crime (mandatory condition). | June 18, 2024 |
| 5 | The defendant unlawfully possessed a controlled substance (mandatory condition). | June 18, 2024 |
| 6 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | June 17, 2024 |
| 7 | The defendant associated with a person convicted of a felony (standard condition). | June 18, 2024 |

| | |
|---|---|
| DEFENDANT: | Joshua King |
| CASE NUMBER: | 4:13CR00191-3 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>8 months</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL